UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 15-cr-20742
Hon. Matthew F. Leitman

vs.

NATHANIAL KECK,

    Defendant.

_____/

## EX PARTE ORDER ADMITTING EXPERT AND EQUIPMENT FOR MENTAL HEALTH EVALUATION

UPON THE STATEMENT of Steven Scharg, counsel for Defendant, Nathaniel Keck, that he requires the services of a mental health expert to assist him in the representation of Defendant, Nathaniel Keck in the above-captioned matter; and upon the further statement that he has retained the services of Dr. Dennis P. Sugrue, Ph.D. of Bloomfield Hills, Michigan to perform said mental evaluation;

**IT IS HEREBY ORDERED** that DR. DENNIS P. SUGRUE, Ph.D., be admitted into the place where Defendant is currently incarcerated by the United States Marshals or to the United States District Courthouse for the Eastern District of Michigan and permitted to meet with, interview, test and evaluate Defendant, Nathaniel Keck;

**IT IS THE FURTHER ORDER** of the Court that Dr. Sugrue be permitted to bring the necessary items for intelligence/brain function testing, including a laptop computer, I-pad, tape recorder, blocks, picture cards, books, and whatever other medical material needed to perform his evaluation;

**IT IS THE FURTHER ORDER** of the Court that Dennis Sugrue, Ph.D., be allowed to examine the Defendant in a private, confidential area, and that he be permitted to meet with him for the necessary time to conduct a complete examination.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 14, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113